BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00090-TLN-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $165,499.00 IN U.S. CURRENCY,  and | |
| APPROXIMATELY $25,232.67 SEIZED FROM MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT NUMBER 243-26197, | |
| Defendants. | |

    It is hereby stipulated by and between the United States of America and claimants Jimmy and Elena Rogers ("claimants"), by and through their respective counsel, as follows:

    1.    On or about April 4, 2014, claimants Jimmy and Elena Rogers filed a claim in the administrative forfeiture proceedings, with the with the Drug Enforcement Administration with respect to the Approximately $165,499.00 in U.S. Currency and the Approximately $25,232.67 seized from Merrill Lynch Wealth Management Account Number 243-26197 (hereafter "defendant assets"), which were seized on January 9, 2014 and adopted by the Drug Enforcement Administration on February 7, 2014.

    2.    The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 3, 2014.

     4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to October 1, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

     5.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to October 1, 2014.

Dated:    6/25/14

BENJAMIN B. WAGNER
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:    6/25/14

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Claimants
Jimmy and Elena Rogers

Authorized via email

IT IS SO ORDERED.

Dated: June 25, 2014

Troy L. Nunley
United States District Judge

2
Stipulation to Extend Time to File Complaint