BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $165,499.00 IN U.S. CURRENCY,  and<br><br>APPROXIMATELY $25,232.67 SEIZED FROM MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT NUMBER 243-26197,<br><br>            Defendants. | 2:14-MC-00090-TLN-AC<br><br><br>CONSENT JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On January 9, 2014, officers with San Joaquin County Metropolitan Task Force ("METRO") executed a state search warrant at 17644 N. Kennison Lane, Lodi, California, the residence of Jimmy and Elena Rogers.  The officers seized $165,499.00 ("defendant currency") in cash, 49 pounds of processed marijuana, and numerous firearms. Also on January 9, 2014, METRO officers also executed a state search warrant on Merrill Lynch Wealth Management and seized approximately $25,232.67 from account number 243-26197 ("defendant funds").   The Drug Enforcement Administration ("DEA") adopted the defendant currency and defendant funds on February 7, 2014.

2. The DEA commenced administrative forfeiture proceedings, sending direct written

1

notice to all known potential claimants and publishing notice to all others.  On or about April 4, 2014, the DEA received a claim from Jimmy and Elena Rogers asserting an ownership interest in the defendant currency and defendant funds.

3. The United States represents that it could show at a forfeiture trial that on or about On January 9, 2014, officers with METRO executed a state search warrant at 17644 N. Kennison Lane, Lodi, California, the residence of Jimmy and Elena Rogers.  The officers seized the defendant currency, 49 pounds of processed marijuana, 8 rifles, 2 shotguns, 5 handguns, 2 digital scales and 139.9 grams of what appeared to be "keef" or concentrated cannibuss.  Also on January 9, 2014, METRO officers also executed a state search warrant on Merrill Lynch Wealth Management and seized the defendant funds from account number 243-26197.

4. The United States could further show at a forfeiture trial that the defendant currency and defendant funds are forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

5. Without admitting the truth of the factual assertions contained in this stipulation, Jimmy and Elena Rogers specifically deny the same, and for the purpose of reaching an amicable resolution and compromise of this matter, Jimmy and Elena Rogers agree that an adequate factual basis exists to support forfeiture of the defendant currency and defendant funds.  Jimmy and Elena Rogers hereby acknowledge that they are the sole owner of the defendant currency and defendant funds, and that no other person or entity has any legitimate claim of interest therein.  Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant currency and defendant funds, Jimmy and Elena Rogers shall hold harmless and indemnify the United States, as set forth below.

6. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

7. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which the defendant currency and defendant funds were seized.

8. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the files and records of the Court, it is hereby ORDERED

AND ADJUDGED:

9. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

10. Upon entry of the Consent Judgment of Forfeiture, $104,499.00 of the Approximately $165,499.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

11. Upon entry of the Consent Judgment of Forfeiture, but no later than 60 days thereafter, $61,000.00 of the Approximately $165,499.00 in U.S. Currency and the Approximately $25,232.67 seized from Merrill Lynch Wealth Management Account Number 243-26197, shall be returned to potential claimants Jimmy and Elena Rogers through their attorney Thomas A. Johnson.

12. The United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant funds.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed.  Jimmy and Elena Rogers waive the provisions of California Civil Code § 1542.

13. No portion of the stipulated settlement, including statements or admissions made therein, shall be admissible in any criminal action pursuant to Rules 408 and 410(a)(4) of the Federal Rules of Evidence.

14. All parties will bear their own costs and attorney's fees.

15. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described defendant currency and defendant funds.

IT IS SO ORDERED.

Dated:  March 27, 2015

_____
Troy L. Nunley
United States District Judge

Consent Judgment of Forfeiture